AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ROBERT J. JEAN,<br><br>*Plaintiff(s)*<br>v.<br>4 SQUARE MANAGEMENT, LLC, 5 SQUARE MANAGEMENT, LLC, EAST HARLEM 119 CORP., JUNCTION ELMHURST NY CORP, PARK NORTH 1 LLC, PARK NORTH 9 LLC, et. al.<br><br>*Defendant(s)* | Civil Action No. 22cv3237 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attachment A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mohammed Gangat, Esq.,
> 675 Third Avenue, Suite 1810,
> New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 6/2/2022

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A:

<u>4 SQUARE MANAGEMENT, LLC:</u> 1461 First Avenue, Suite 132, New York, NY 10075
<u>5 SQUARE MANAGEMENT, LLC:</u> 1461 First Avenue, New York, NY 10075
<u>EAST HARLEM 119 CORP.:</u> 1461 First Avenue, Suite 132, New York, NY 10075
<u>JUNCTION ELMHURST NY CORP</u>: 1461 First Avenue, New York, NY 10075
<u>PARK NORTH 1 LLC</u>: 1461 First Ave., Ste. 132, New York, NY, 10075
<u>PARK NORTH 9 LLC</u>: 9306 Flatlands Avenue, Brooklyn, NY 11236
<u>PARK SOHO LLC</u>: 1461 1st Avenue, Suite 132, New York, NY, 10075
<u>PP MANAGEMENT 1 CORP.</u>: 1461 First Avenue, New York, NY, 10075
<u>PPS 37TH AVENUE LLC</u>: 1461 1st Ave, Suite 132, New York, NY, 10075
<u>PPS 77 LLC</u>: 1461 First Avenue, Suite 132, New York, NY, 10075
<u>PPS 100 LLC</u>: 1461 1st Avenue, Suite 132, New York, NY, 10075
<u>PPS 9201 LLC</u>: 220 East 117 Street, New York, NY 10035
<u>PPS COOK LLC</u>: 1461 1st Avenue, Suite 132, New York, NY, 10075
<u>PPS DEKALB LLC</u>: 1461 First Avenue, Suite 132, New York, NY, 10075
<u>PPS GOLD LLC</u>: 9306 Flatlands Avenue, Brooklyn, NY 11236
<u>PPS LAFAYETTE CORP</u>: 9306 Flatland Avenue, Brooklyn, NY 11236
<u>PPS MANAGEMENT LLC</u>: 1461 First Avenue, Suite 132, New York, NY 10075
<u>PPS STANWIX LLC</u>: 1461 First Avenue, Suite 132, New York, NY 10075
<u>PPS TROUTMAN LLC</u>: 341A E. 76th Street, Suite 132, New York, NY 10021
<u>PPS UNION LLC</u>: 1461 1st Avenue, Suite 132, New York, NY 10075
<u>PPS UTICA LLC</u>: 1461 1st Avenue, Suite 132, New York, NY 10075
<u>VERNON BLVD PARK LLC</u>: 341A East 76th Street, Box 132, New York, NY 10021
<u>WEST 15 PARK LLC</u>: 1461 1st Ave, Suite 132, New York, NY 10075