Attorney(s): Mohammed Gangat, Esq.
Index #: 1:22-cv-03237-EK-JRC
Purchased/Filed: June 1, 2022
State of: New York
Court: U. S. District
County/District: Eastern Dist.

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Robert J. Jean

Plaintiff(s)

against

4 Square Management, LLC, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 45 Yrs.
Weight: 160 Lbs. Height: 5' 10" Sex: Female Color of skin: White
Hair color: Blonde Other: ____

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **June 16, 2022**, at **1:00 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons In A Civil Action & FLSA Collective Action and Rule 23 Class Action Complaint**

on

**Junction Elmhurst NY Corp.**

the Defendant in this action, by delivering to and leaving with **Amy Lesch** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306.**

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

16th day of June 2022

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

Invoice·Work Order # 2220952
Attorney File # 2216606