UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ROBERT J. JEAN,

                      *Plaintiff*,

-against-

4 SQUARE MANAGEMENT, LLC, 5 SQUARE MANAGEMENT, LLC, EAST HARLEM 119 CORP., JUNCTION ELMHURST NY CORP, PARK NORTH 1 LLC, PARK NORTH 9 LLC, PARK SOHO LLC, PP MANAGEMENT 1 CORP., PPS 37TH AVENUE LLC, PPS 77 LLC, PPS 100 LLC, PPS 9201 LLC, PPS COOK LLC, PPS DEKALB LLC, PPS GOLD LLC, PPS LAFAYETTE CORP, PPS MANAGEMENT LLC, PPS STANWIX LLC, PPS TROUTMAN LLC, PPS UNION LLC, PPS UTICA LLC, VERNON BLVD PARK LLC, WEST 15 PARK LLC,

                      *Defendants*.

Case No. 1:22-cv-03237-JRC

(Parties have consented to jurisdiction of magistrate for all purposes [*ECF#36*]

**NOTICE OF MOTION TO CONVERT SETTLEMENT AGREEMENT TO JUDGMENT**

    **WHEREAS,** Plaintiff Robert J. Jean, and Defendants 4 SQUARE MANAGEMENT, LLC, 5 SQUARE MANAGEMENT, LLC, EAST HARLEM 119 CORP., JUNCTION ELMHURST NY CORP, PARK NORTH 1 LLC, PARK NORTH 9 LLC, PARK SOHO LLC, PP MANAGEMENT 1 CORP., PPS 37TH AVENUE LLC, PPS 77 LLC, PPS 100 LLC, PPS 9201 LLC, PPS COOK LLC, PPS DEKALB LLC, PPS GOLD LLC, PPS LAFAYETTE CORP, PPS MANAGEMENT LLC, PPS STANWIX LLC, PPS TROUTMAN LLC, PPS UNION LLC, PPS UTICA LLC, VERNON BLVD PARK LLC, WEST 15 PARK LLC, (collectively the "Parties") entered into a Settlement Agreement resolving all claims and matters raised in this action,

    **WHEREAS,** the parties consented to the jurisdiction of the Magistrate Judge for all matters in this action, including for purposes of seeking Court approval of the Settlement Agreement,

    **WHEREAS**, the Court having approved the Settlement Agreement and the Defendants having failed to make the settlement payment within the time required by the agreement,

**NOW, PLEASE TAKE NOTICE**, that upon the annexed Declaration of Mohammed Gangat, Esq. dated March 16, 2023, Plaintiff Robert J. Jean, by counsel, will respectfully move this Court on a date to be set by the Court, in the United States District Court for Eastern District of New York or by phone if directed by the Court, for the following relief: an Order converting the parties' signed settlement agreement into a Judgment, together with such other relief which to the Court may deem proper.

Dated:   March 16, 2023
        New York, NY

**LAW OFFICE OF MOHAMMED GANGAT**

*/s/ Mohammed Gangat*
Mohammed Gangat, Esq.
675 Third Avenue, Suite 1810,
New York, NY 10017
(718) 669-0714

*Attorneys for Plaintiff*