UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ROBERT J. JEAN,

                                    Civ. Action.: 1:22-cv-3237-JRC

               Plaintiff,

     v.                              NOTICE OF APPEARANCE

4 SQUARE MANAGEMENT, LLC, et. al.,

               Defendants.
----------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that the undersigned attorney appears for all Defendants in the above-entitled proceeding.

Dated:  New York, New York
         June 9, 2023

                                               ___/s/_*Jonathan W. Rich*
                                               Jonathan W. Rich, Esq.
                                               Cyruli Shanks & Zizmor, LLP.
                                             420 Lexington Avenue-Ste 2320
                                             New York, New York 10170
                                             (212) 661-6800
                                             jrich@cszlaw.com
                                             Attorneys for all Defendants